UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIAM CRAIG MACDONALD,

        Plaintiff,

v.

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT, GRAND RAPIDS
HOUSING COMMISSION, *et al.*,

        Defendants.
_____/

Case No. 1:06-cv-668
Case No. 1:06-cv-669

Hon. Richard Alan Enslen

**JUDGMENT**

      Plaintiff William Craig MacDonald has filed two related Complaints against the United States Department of Housing and Urban Development, the Grand Rapids Housing Commission, and other supposed officers and agents of those entities. The initial Complaints were frivolous and failed to either support jurisdiction or state a claim. *See Apple v. Glenn,* 183 F.3d 477, 478 (6th Cir. 1999); 28 U.S.C. § 1915(e)(2). Plaintiff was given opportunity to show cause why the Complaints should not be dismissed and/or to amend his Complaints. He has both filed Supplements to his Complaints and Responses to the Orders to Show Cause.

      Upon review of the documents filed, which are largely unintelligible, the Court determines that the Complaints should be dismissed due to lack of jurisdiction and failure to state a claim. The Supplements to the Complaints, although they gives Plaintiff's history of residential addresses and facts about his legal disputes with landlords in the 1990s, do not even vaguely state a basis for legal action sufficient to support federal jurisdiction. The Responses cite state statutes but do not support any inference that a statute was violated or that any putative violation supports federal jurisdiction.

**THEREFORE, IT IS HEREBY ORDERED** that these actions are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith as required by the statute.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>October 18, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |